RECEIVED
CHARLOTTE, N.C.

NOV 0 4 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

5:05cr9-35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05-mj-238-K |
| | ) | |
| v. | ) | **ORDER UNSEALING** |
| | ) | **COMPLAINT AND AFFIDAVIT** |
| ANSELMO NAVA-RODRIGUEZ | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint and Affidavit in this matter be unsealed.

NOW THEREFORE IT IS ORDERED that the Complaint and Affidavit, and the Motion and this Order issued pursuant to the Motion be unsealed.

This the 8th day of November 2005.

_____
UNITED STATES MAGISTRATE JUDGE